**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:  THERESA R. WOOTEN                                        Case No.  10-30336
                                                                  Chapter 13
      **Debtor(s)**

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the debtor (s) on **February 3, 2010**, replacing all previously filed plans, if any, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. sec. 1325(a);

**It is ORDERED that**:

(1)  the Plan as filed or modified is CONFIRMED.
(2)  Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real estate without first obtaining an order of approval from this Court.
(3)  All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be *de minimis*, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee.  All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.
(4)  Other provisions:

Dated:  Apr 15 2010                                              /s/ Douglas O. Tice Jr.
                                                                 United States Bankruptcy Judge

RICHMOND, VIRGINIA

I ASK FOR THIS:
                                                     NOTICE OF JUDGMENT OR ORDER
                                                     Entered On Docket    Apr 15 2010

/s/Robert E. Hyman
Robert E. Hyman
Standing Chapter 13 Trustee
P. O. Box 1780
Richmond, Virginia 23218-1780
(804) 775-0979
VSB #5578

**PARTIES TO RECEIVE COPIES:**

Theresa R. Wooten
2124 Providence Glen Turn
Richmond, VA  23236

ConfirmingOrder

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: smithla              Page 1 of 1           Date Rcvd: Apr 15, 2010
Case: 10-30336                Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Apr 17, 2010.
db           +Theresa R. Wooten,   2124 Providence Glen Turn,   Richmond, VA 23236-5297
The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 17, 2010**                    **Signature:** _Joseph Speetjens_